JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JASON DENT,                              Case No. 2:19-cv-00145-GW (SHK)

           Plaintiff,

        v.                                   **JUDGMENT**

ROD ROSENSTEIN, et al.

           Defendants.

     Pursuant to the Order presented by the United States Magistrate Judge Denying Emergency Injunction Without Prejudice,

     IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: *Jan. 11, 2019*

_____
HONORABLE GEORGE H. WU
United States District Judge